| TELEPHONE CONVERSATION RECORD | | TIME: | DATE: January 27, 2003 |
|---|---|---|---|
| Name of Person Contacted: Richard Hassel | | Organization: Assistant Chief, Regulatory Branch | Telephone Number: 215-656-6726 |
| SUBJECT: Philadelphia District Policy Regarding Drainage Ditches | | | |

SUMMARY:

1. Mr. Hassel called the Dover Field Office to inform this field installation of a change in the Philadelphia District's policy regarding jurisdiction over man-made upland drainage ditches (formally upland drainage ditches were not regulated by the District in accordance with federal regulations at 33 CFR 328.3 preamble page 41217, and Regulatory Branch Standard Operating Procedures dated April 8, 1999.)

2. Mr. Hassel stated that, from this date forward, it is the District's policy that all upland drainage ditches located within the Philadelphia District shall be regulated as "waters of the United States" if they are connected hydrologically to a tributary system.

3. He explained that the Philadelphia District has determined that each drainage ditch which meets the above definition shall be identified as a "discrete conveyance of water", and shall be considered jurisdictional.

4. Mr. Hassel directed my attention to the "SWANNC Matrix" prepared by USACE, OCE on August 20, 2002 and forwarded, via Email, by Barry Gale, Philadelphia District Office of Counsel on that date. He specifically referenced Category 10 of the above referenced matrix.

5. Mr. Hassel instructed me to document the "attributes" of each upland drainage ditch when conducting jurisdictional determination reviews in the field. Attributes to be documented include the following items: flowing water, bed and bank, wetlands within the ditch, and ordinary high water mark. He re-emphasized that all drainage ditches which are connected to tributary systems are jurisdictional. A drainage ditch is not required to have any of the above attributes to be subject to jurisdiction, nor does the absence of one or more of these attributes exclude a ditch from jurisdiction. The above-named attributes are to be documented for information purposes only.

6. He informed me that this new policy has been developed by Jeffrey Steen, Chief S&E Section and Barry Gale, Philadelphia District Office of Counsel, and that Mr. Steen is currently preparing a guidance document to formally establish the policy. He directed me to institute the new policy immediately, rather than wait for the formal document. He further informed me that it is his understanding that Mr. Gale and Mr. Steen have discussed the new policy with OCE, Regulatory Branch and that OCE has no objection to the development of this policy.

| Name and Signature of Person Documenting Conversation: John G. Brundage | Title: Biologist | Date: January 27, 2003 |
|---|---|---|