# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS<br>1201 15th Street, N.W.<br>Washington, D.C.  20005-2800<br><br>    **Plaintiff,**<br><br>  v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br>441 G Street, N.W.<br>Washington, D.C.  20314<br><br>    and<br><br>FRANCIS J. HARVEY, SECRETARY OF THE ARMY,<br>101 Army Pentagon<br>Washington, D.C.  20310-0101<br><br>    and<br><br>LT. GEN. CARL A. STROCK, CHIEF OF<br>ENGINEERS, UNITED STATES ARMY CORPS OF<br>ENGINEERS<br>441 G Street, N.W.<br>Washington, D.C.  20314<br><br>LT. COL. ROBERT J. RUCH, DISTRICT ENGINEER,<br>PHILADELPHIA DISTRICT, UNITED STATES<br>ARMY CORPS OF ENGINEERS<br>The Wanamaker Building<br>100 Penn Square East<br>Philadelphia, PA  19107-3390<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06CV00502<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 26.1 CERTIFICATE

I, the undersigned, counsel of record for National Association of Home Builders

("NAHB"), certify that to the best of my knowledge and belief, NAHB has no parent companies,

subsidiaries or affiliates, which have any outstanding securities in the hands of the public. NAHB is a national trade association, and members of NAHB have outstanding securities in the hands of the public. However, these members are not parent companies, subsidiaries or affiliates of NAHB.

These representations are made in order that the judges of this Court may determine the need for recusal.

Attorney of Record

\_\_/s/ Karma B. Brown_____
Virginia S. Albrecht (D.C. Bar No. 357940)
Karma B. Brown (D.C. Bar No. 479774)
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 955-1500

March 17, 2006

OF COUNSEL:

Duane J. Desiderio (D.C. Bar No. 430211)
Thomas J. Ward (D.C. Bar No. 453907)
Felicia K. Watson (D.C. Bar No. 468492)
National Association of Home Builders
1201 15th Street, N.W.
Washington, D.C. 20005-2800