IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-cv-00502 |
| ) | (PLF) |
| ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of David Gunter as counsel of record in the above-captioned case on behalf of Defendants United States Army Corps of Engineers, Francis J. Harvey (in his official capacity as Secretary of the Army), Lt. Gen. Carl A. Strock (in his official capacity as Chief of Engineers of the U.S. Army Corps of Engineers), and Lt. Col. Robert J. Ruch (in his official capacity as District Engineer, Philadelphia District, U.S. Army Corps of Engineers).

The following is the correct address of Defendants' counsel for first class mail:

> United States Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> P.O. Box 23986
> Washington D.C. 20026-3986

The following is the correct address for overnight mail delivery:

> United States Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> 601 D Street, N.W.

Suite 8000
Washington D.C. 20004

        Respectfully submitted,

*/s/ David Gunter*
DAVID GUNTER
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington D.C. 20026-3986
Tel: (202) 514-3785
Fax: (202) 514-8865

Counsel for Defendants

Dated: May 3, 2006